**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| YVETTE PENN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 8:14-cv-03188-PWG** |
| ) | |
| GC SERVICES, LP, ) | |
| ) | |
| Defendant ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: January 16, 2015            BY: /s/ Amy L. Bennecoff
                                   Amy L. Bennecoff, Esquire
                                   Kimmel & Silverman, P.C
                                   30 East Butler Pike
                                   Ambler, PA 19002
                                   Phone: (215) 540-8888
                                   Facsimile: (215) 540-8817
                                   Email: abennecoff@creditlaw.com
                                   Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 16th day of January, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Kandy E. Messenger, Esq.
Sprott, Rigby, Newson, Robbins, Lunceford, PC
2211 Norfolk
Suite 1150
Houston, TX 77098

                                  */s/ Amy L. Bennecoff*
                                  Amy L. Bennecoff, Esquire
                                  Kimmel & Silverman, P.C
                                  30 East Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Facsimile: (215) 540-8817
                                  Email: abennecoff@creditlaw.com
                                  Attorney for Plaintiff